# ZDARSKY, SAWICKI & AGOSTINELLI LLP
ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

receipt
#11091885
$4.15

May 27, 2011

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: **Terri O. Goldberg**
**Case No. 09-15338B**

Ladies and Gentlemen:

Enclosed is my check no. 114 for $4.15, payable to the Clerk, representing the dividend(s) payable as follows, which are each less than $5.00:

| Claim No. | Creditor | Amount |
|---|---|---|
| 5 | GE Money Bank (interest) | $4.15 |

Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Mark J. Schlant

Enclosure




FILED JUN - 3 2011 BANKRUPTCY COURT BUFFALO, NY

RECEIVED JUN - 3 2011 BANKRUPTCY COURT BUFFALO, NY